IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| LOUIS PEYTON, #49027-083, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 2:05-cv-151-F |
| | ) | |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the court that:

(1)   The petitioner's untimely Objection to the Magistrate Judge Recommendation

(Doc. #20) filed on July 7, 2005 is overruled;

(2)  The Recommendation of the United States Magistrate Judge entered on June 17,

2005 (Doc. #19) is adopted;

(3)  The petitioner's motion for class certification (Doc. #17) is DENIED and this case

is referred back to the Magistrate Judge for additional proceedings.

DONE this 20th day of July, 2005.

                                                  /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE