IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LOUIS PEYTON, #49027-083, ) | |
| ) | |
| Petitioner, ) | |
| v.  ) | CASE NO. 2:05-cv-151-MEF |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| *et al.,* ) | |
| ) | |
| Respondents ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #25) filed on September 26, 2006 are overruled;

(2)  The Recommendation of the United States Magistrate Judge entered on September 26, 2006 (Doc. #25) is adopted;

(3)  The 28 U.S.C. § 2241 petition for habeas relief is DISMISSED as moot since a more favorable decision on the merits would not entitle petitioner to any additional relief.

DONE this the 28th day of September, 2006.

                                                   /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE